FILED
10 AUG 30 AM 8:48
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIF
BY: ___ TD
          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$33,020.00 IN U.S. CURRENCY,<br><br>$3,520.00 IN U.S. CURRENCY,<br><br>    Defendants. | Civil No. 08cv1706-BEN(CAB)<br><br>CONSENT JUDGMENT<br>OF FORFEITURE |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. The court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $36,540.00 in U.S. currency ("defendant currency") other than the claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the entirety of the defendant currency, plus all interested earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshal Service is ordered to dispose of said assets in accordance with law.

4. Claimant retains the right to appeal this Consent Judgment of Forfeiture and the Court's denial of claimant's Amended Motion to Suppress Evidence and the district court's rulings regarding expert testimony.

Let judgment be entered accordingly.

DATED: 8/29/2010

ROGER T. BENITEZ, Judge
United States District Court